was upheld by the Daviess Circuit Court. I am of the firm opinion that the courts are bound on factual determinations of an administrative board where there is substantial evidence of probative value to support the Board's finding and that finding is not clearly erroneous.

I would therefore affirm the judgment of the Daviess Circuit Court which upheld the findings of the Workmen's Compensation Board.

PER CURIAM.

It is the opinion of the court that under the provisions of KRS 208.120 and 208.130 there is no legal authority for the detention of a 13-year old child in any portion of a county jail that is not physically separated from sight and sound of all other portions of the jail.

The judgment is reversed.

OSBORNE, C. J., and JONES, MILLIKEN, PALMORE, REED, STEINFELD and STEPHENSON, JJ., sitting.

All concur.

**Deborah Lynn SKEANS, Appellant,**

**v.**

**Ray VANHOOSE, Boyd County Jailer, Appellee.**

Court of Appeals of Kentucky.

Feb. 8, 1974.

**Boone DESKINS, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

April 19, 1974.

Kelley Asbury, Catlettsburg, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.